UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAA ALDAKAK, | No. 2:16-cv-0082 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

On January 25, 2015, the undersigned magistrate judge recommended that this action be dismissed for failure to exhaust administrative remedies, and a district judge was assigned to review this recommendation. (ECF No. 4.) Since that time, plaintiff has filed a notice of consent to the jurisdiction of the undersigned magistrate judge for all purposes. 28 U.S.C. § 636(c); Local Rule 302. (ECF No. 8.) As no defendant has been served, plaintiff is the only party to this action.

Plaintiff has filed objections to the findings and recommendations. (ECF No. 7.) Having reviewed this filing, the undersigned concludes there is no basis for modifying its prior conclusion that this action should be dismissed for failure to exhaust.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to: (a) redesignate the undersigned's findings and recommendations filed January 25, 2016 as an order; and (b) withdraw the assignment of a district judge to this action; and

2. For the reasons stated in this court's order filed January 25, 2016, this action is dismissed without prejudice for failure to exhaust administrative remedies.

Dated: February 11, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/alda0082.cb